entered January 3, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Plaintiff was injured by falling into an unguarded excavation close to the sidewalk on Eighth avenue between Forty-eighth and Forty-ninth streets in the borough of Manhattan, made in connection with repairs to a building in possession of defendant, appellant.

*Harold R. Medina, Edward Gluck* and *Jay A. Gilman* for appellant.

*David C. Munson* and *Jeremiah A. O'Leary* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MARY BAMONTE, as Administratrix of the Estate of FRANK BAMONTE, Deceased, Appellant, *v.* ARTHUR DAVENPORT, Respondent.

*Negligence — motor vehicles — pedestrian killed by automobile owned by defendant and driven by his employee — complaint dismissed on ground automobile was being used contrary to orders of defendant.*

*Bamonte v. Davenport,* 217 App. Div. 734, affirmed.

(Argued May 17, 1927; decided May 31, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 17, 1926, unanimously affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Intestate was struck and killed by an automobile owned by defendant and driven by his employee. The trial court directed a verdict in favor of defendant on the ground that, at the time of the occurrence of the accident,

Prepared by State Reporter from Appeal Papers

defendant's automobile was being driven without his knowledge or permission, and not in his business or interests, but against his express prohibition of its use by his chauffeur.

*Harold R. Medina* and *Harry E. Kriendler* for appellant.

*John C. Robinson, Morris A. Wainger* and *James B. Henney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

DELIA CUSACK, Respondent, *v.* NATHAN OTTINGER et al., as Executors of MOSES OTTINGER, Deceased, Appellants.

JOHN CUSACK, an Infant, by PATRICK CUSACK, His Guardian ad Litem, Respondent, *v.* NATHAN OTTINGER et al., as Executors of MOSES OTTINGER, Deceased, Appellants.

*Landlord and tenant — master and servant — assault — liability of landlord for assault upon tenants by janitor.*

*Cusack* v. *Ottinger* (2 cases), 218 App. Div. 818, affirmed.

(Argued May 17, 1927; decided May 31, 1927.)

APPEAL, in the first of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 7, 1927, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict. Appeal in the second above-entitled action from a judgment of the said Appellate Division, entered January 7, 1927, affirming a judgment in favor of plaintiff entered upon a verdict. The actions were begun by the respective plaintiffs for damages for personal injuries alleged to have been sustained by them through assaults committed by an employee of defendant's testator, while plaintiffs resided in premises in the borough of Manhattan, city of New York, then owned by testator. The complaint in each action alleged that the employee of the defendant was